STATE EX REL. HOFMANN *v*. SULLIVAN, JUDGE ET AL.

[No. 27,082. Filed June 7, 1938.]

*George Panea*, for appellant.

*Michael Havran*, for appellee.

TREMAIN, J.—This action presents the same question presented in *State ex rel. Lord* v. *Sullivan, Judge, etc., et al.*, ante 279. Upon

authority of the decision of that case, it is ordered that the alternative writ heretofore issued be, and the same is, hereby made permanent, and the recount commissioners reported by the respondent to have been appointed shall proceed at once with the recount as prayed in contestor's petition.